```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MARICELA DONET,                                                        :
                                                                       :
                                Plaintiff,                             :
                                                                       :        23 Civ. 365 (JPC)
                -v-                                                    :
                                                                       :             ORDER
ORGAIN, LLC,                                                           :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 20, 2023, the Court granted Defendant's second request for an extension of time to respond to the Complaint, and adjourned the response deadline to April 14, 2023. Dkt. 9. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. The Court notes that while Plaintiff filed a document labeled as "NOTICE of Settlement" on the docket, that document is merely a Notice of Appearance. To the extent the Parties intended to file a Notice of Settlement, they should do so by April 21, 2023. If not, Defendant shall respond to the Complaint by April 21, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by April 28, 2023.

SO ORDERED.

Dated: April 17, 2023
       New York, New York                                    _____
                                                                    JOHN P. CRONAN
                                                              United States District Judge