UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

MARICELA DONET, Individually, and On Behalf of All Others Similarly Situated,

                     Plaintiff,

vs.

ORGAIN, LLC,

                     Defendants.

---------------------------------------------------------------x

Index No.: 1:23-cv-00365

**NOTICE OF VOLUNTARY DISMISSAL**

     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff MARICELA DONET, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against defendant ORGAIN, LLC,

DATED: August 14, 2023

**MIZRAHI KROUB LLP**

          /s/ EDWARD Y. KROUB
              EDWARD Y. KROUB

EDWARD Y. KROUB
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
Ekroub@mizrahikroub.com

*Attorneys for Plaintiff*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may file a notice of voluntary dismissal before an opposing party serves either an answer or a motion for summary judgment to dismiss a case without court order.  Accord Fed. R. Civ. P. 41(a)(1)(B) (permitting voluntary dismissal with prejudice).  Accordingly, the Clerk of Court is respectfully directed to lift the stay and close this case.

SO ORDERED.

August 15, 2023
New York, New York

                                            JOHN P. CRONAN
                                            United States District Judge